UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. CASE NO.: 2:26-cr-218-SPC-NPM

LUCAS JAMES PELICOS
_______________________________/

**PRELIMINARY ORDER OF FOREFEITURE**

Before the Court is the United States' Motion for Preliminary Order of Forfeiture. (Doc. 33). Now that Defendant has been adjudicated guilty, the Government seeks a preliminary order forfeiting a Ruger .380 caliber semiautomatic pistol seized on or about July 9, 2026. *See* 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c); Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the above asset to the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the asset.

Accordingly, it is

**ORDERED**:

The United States' Motion for Preliminary Order of Forfeiture (Doc. 33) is **GRANTED**.

1. The asset is **FORFEITED** to the United States for disposition

according to law and subject to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853, 28 U.S.C. § 2461(c) and Rule 32.2(b)(2).

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

DONE and ORDERED in Fort Myers, Florida on November 4, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record